# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

January 31, 2022

**Via EFC**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Pierre (Andrew Prime)
              22-Cr-19 (PGG)

Dear Judge Gardephe:

    After the conference date was set in this matter, I belatedly realized I have a conflict: I am set to appear for an in-person change of plea hearing before Judge Halpern in White Plains at 11:30. In the event I am unable to call in for the conference on this case, Mr. Aaron Rubin has agreed to appear for me on behalf of Andrew Prime. I have consulted with my client, who is aware that Mr. Rubin will represent him for purposes of the conference, and who waives his right to be physically present for it. Accordingly, I am respectfully requesting that this Court permit Mr. Rubin to represent Mr. Prime for the limited purposes of tomorrow's conference.

    Thank you for your consideration in this matter. I apologize for any inconvenience this may cause.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via e-mail)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: January 31, 2022