# DAVID K. BERTAN
### ATTORNEY AT LAW
### 41 EAST 11TH STREET, 11TH FLOOR
### NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 3, 2022

March 3, 2022

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Pierre (Andrew Prime)
              22-Cr-19 (PGG)

Dear Judge Gardephe:

    I represent Mr. Prime in the above captioned case, and am requesting a temporary bail modification allowing Mr. Prime to travel to Los Angeles, CA for work purposes. Mr. Prime is a partner in an online retail store, and needs to be in Los Angeles in order to help his partner organize and re-stock inventory, and clean the warehouse. He intends to travel to Los Angeles on March 16, returning on March 21. Neither Pre-Trial nor the Government object to this request.

    Thank you for your consideration in this matter.

                              Very truly yours,

                              David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)