# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

June 8, 2022

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
> Dated: June 8, 2022

Re:   USA v. Pierre (Andrew Prime)
22-Cr-19 (PGG)

Dear Judge Gardephe:

I represent Mr. Prime in the above Matter. I am submitting this letter as a follow-up to my letter motion of yesterday, requesting a temporary bail modification for Mr. Prime. I have reviewed my emails, and the email I sent to Pre-Trial Services last week referenced Mr. Prime's docket number, but I inadvertently did not include the text requesting the bail modification. I apologize to the Court and to Pre-Trial for any inconvenience this may have caused. Pre-Trial has no objection to the request, and the Government has taken no position.

Accordingly, I am respectfully renewing my request for a temporary modification of Mr. Prime's bail conditions to allow him to travel to Los Angeles California tomorrow, returning on or before June 20, 2022.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)