# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

June 22, 2022

**Via EFC**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> _/s/ Paul S. Gardephe_
> Paul G. Gardephe, U.S.D.J.
> Dated: June 23, 2022

      Re:    USA v. Pierre (Andrew Prime)
                22-Cr-19 (PGG)

Dear Judge Gardephe:

     I will be unable to appear on behalf of my client, Andrew Prime, at the conference scheduled for July 6 . I will be in transit to Colorado on a personal matter. Mr. Roland Riopelle has agreed to appear for me on behalf of Andrew Prime. I have consulted with my client, who is aware that Mr. Riopelle will represent him for purposes of the conference. Accordingly, I am respectfully requesting that this Court permit Mr. Riopelle to represent Mr. Prime for the limited purposes of the conference on July 6, 2022.

     Thank you for your consideration in this matter. I apologize for any inconvenience this may cause.

                                              Very truly yours,

                                              David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via e-mail)