# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

October 14, 2022

**Via EFC**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Pierre (Andrew Prime)
                 22-Cr-19 (PGG)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated:  October 17, 2022

Dear Judge Gardephe:

    I represent Mr. Andrew Prime in the above matter.  We have a conference scheduled for October 19, 2022 at 11:00 AM.  I will be out of the country that day, and am unable to attend in person.  I have consulted with Roland Riopelle, counsel for Bradley Pierre, and he has kindly agreed to represent Mr. Prime for purposes of that conference.  I have given Mr. Riopelle dates of my availability for scheduling purposes.  I have advised Mr. Prime that Mr. Riopelle will appear on his behalf, and he has no objection.

    Thank you for your consideration in this matter.  I apologize for any inconvenience this may cause.

                            Very truly yours,

                            David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)