# DAVID K. BERTAN
### ATTORNEY AT LAW
### 41 EAST 11TH STREET, 11TH FLOOR
### NEW YORK, NEW YORK 10003

**(718) 742-1688**
**E-MAIL: DBERTAN@YAHOO.COM**

December 17,  2022

<u>**Via EFC**</u>

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    USA v. Pierre (Andrew Prime)
              22-Cr-19 (PGG)

Dear Judge Gardephe:

    I represent Mr. Andrew Prime in the above matter.  As this Court is aware, Mr. Prime has business interests in Los Angeles, California; with the Court's permission, Mr. Prime has made several trips to California to attend to business matters.  He has several anticipated trips coming up in the next few weeks.  Accordingly, I am requesting that his bail conditions be modified to permit him to travel to California for work without seeking a temporary bail modification for each trip, provided he gives both Pre-Trial and the Government advance notice at least one week before traveling.  Both Pre-Trial and the Government have no objection to this modification.

               Very truly yours,

               David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  December 20, 2022