UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ANDREW PRIME,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will take place in this matter on **April 14, 2023 at 11:30 a.m.** in courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge