**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

September 28, 2023

**Via EFC**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Pierre (Andrew Prime)
                  22-Cr-19 (PGG)

Dear Judge Gardephe:

      I represent Mr. Andrew Prime in the above matter. Mr. Prime is scheduled to be sentenced on October 12, 2023 at 2:00 PM. I am respectfully requesting a one-week adjournment, to the afternoon of October 19, to allow me to work with Mr. Prime with family related issues. The Government has no objection to my request. Please note the Government is unavailable on Fridays, and is commencing trial on another matter starting October 23. Thank you in advance for your consideration.

                                         Very truly yours,

                                         David K. Bertan

DKB
cc: AUSAs Mathew Andrews and Louis Pellegrino (via ECF)

**MEMO ENDORSED:** Sentencing is adjourned to October 26, 2023 at 3:00 p.m. The Court is not available during the week of October 16, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
 **Date: October 3, 2023**