## DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

January 24, 2024

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**: The application is granted. Defendant Prime's surrender date is adjourned to **February 23, 2024**.
>
> SO ORDERED.
>
> _Paul G. Gardephe_ (signature)
> Paul G. Gardephe
> United States District Judge
>
> Date: January 26, 2024

Re:   USA v. Pierre (Andrew Prime)
      22-Cr-19 (PGG)

Dear Judge Gardephe:

I represent Mr. Andrew Prime in the above matter. Mr. Prime is scheduled to surrender on February 2, 2024. For medical reasons, I am asking for an additional extension of time for him to surrender. As shown by the attached letter from his dentist, Mr. Prime requires a second root canal, on a different tooth, on February 7, 2024. The original root canal was for tooth 19, and the second root canal is for tooth 18. As before, Mr. Prime will need a follow-up exam 10 days after the procedure in order to ensure there is no infection.

Pre-trial has no objection to the requested extension. The Government defers to Pre-Trial.

As with my last request, Mr. Prime has not yet been designated to the prison where he will be serving his sentence. The requested adjournment will allow him to obtain the follow-up dental care he needs, and will avoid him having to report to MDC while awaiting designation.

Very truly yours,

David K. Bertan

DKB
cc:   AUSA Mathew Andrews (via ECF)
      AUSA Qais Ghafary (via ECF)